UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Case Number:_____

Reinaldo Glover
(Write the full name of the plaintiff)

vs.

C. CAMACHO, Captain

Ricky Dixon, Sec of Doc

(Write the full name of the defendant/s in this case)

FILED BY MC D.C.
OCT 23 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

I. Party Information

A. Plaintiff: Reinaldo Glover
   Address: Colombia CI MAIN UNIT 216 SE Corrections Way LAKE CITY, FL 32025

   Inmate/Prison No.: M74399

   Year of Birth: 1987 (Do not include day or month, pursuant to Fed. R. Civ. P 5.2)

   (Write your name, address and prison/inmate number, if applicable)

vs.

B. Defendant: C. CAMACHO          Defendant: Ricky Dixon

   Official Position: CAPTAIN      Official Position: SECTERY

   Place of Employment: Department of corrections   Place of Employment: Department of corrections

   (Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants.)

**II. Statement of Claim**

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and pl aces. Each claim should be stat ed in a separately num bered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

On July 4th 2024 I was beaten savagely and brutaly by CAPT CAMACHO while I was handcuffed and shackled and while the cell extraction time held me down. He punched me in my face repeatedly and banged and smashed my face into the ground and eye gouged me and he bent my arms backward over my head while he was doing this he was quietly telling me that he was gonna make sure I get starved on the "JENNY CRAIG DIET" and that Im gonna wish I was dead he was just getting started. CAPT CAMACHO makes sure I cant walk or communicate with my family. For the time I spent in Qwad 2 2101, Qwad 3 3209, 3205 #dorm my food was tampered with at times I was denied food, showers and medical attention. From July 19-20, 25, 27, 29 I placed sick calls and to no avail I was ignored. On July 30 and aug 1 CAPT CAMCHO relentlessly threaten my life and wellbeing and admitted loud and clear on audio and video at my cell door H3110 at 4:30-5:00 PM on July 30 and on AUG 1 at shower time at my cell front H3109 He was screaming telling me to suck his

(SEE ATTACHED)

**III. Relief Requested**

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

I am requesting that the court gives me finacial compensation for the pain and suffering that I have experianced and received from CAPT CAMACHO and also being beaten and assaulted by him. I am asking for financial compensation for my injuries I received on July 4 2024 (DESTROYED/TORN SHOULDER LIGAMENT/FRACTURED CLAVICLE) the doctor informed me of. Financial compensation from being denied food and showers and from being able to contact my family and having a chance to have a chance to proper legal aid, mental and medical. All refused by the work and/or wishes of CAPT CAMACHO. I want financial compensation to help me with the possibility of being handicap from being assulated, beaten and abused by a correctional officer ($16,000)

dick and he admitted to beating me and deliberately trying to break my arm/shoulder because they owe SGT Summers CT a favor, when I asked him why did you do this to my shoulder he stated "YOU ARE A FUCKING INMATE NOBODY CARES ABOUT YOU LOOK AT YOUR SHOULDER I GOT IT DOING THE LEAN WIT IT ROCK WIT IT" he threaten my life and said "IMMA MAKE SURE YOU GET DEALT WIT WHEN YOU GET TO CM MARK MY WORDS" and he admitted to illegally using force when it was not authorized, he said "I ADMIT I USED EXCESSIVE USE OF FORCE AND IT WAS UNAUTHORIZED BUT I HAD TO DO ALOT OF PAPERWORK TO COVER THIS ALL UP PLUS MY STAFF IS LOYAL TO ME SO DEAL WITH IT AND IF YOU DONT STOP WRITING IMMA BREAK YOUR OTHER ARM FOR THE FUN OF IT SUE ME I DNT GIVE A FUCK BEEN THERE DONE THAT I AINT PAYING FOR IT" I ended up taking X-rays and being prescribed TERRADONE INJECTIONS BACLAFEN MUSCLE RELAXERS, Im currently in a ARM SLING because I cant move my arm anymore and the pain is still excruciating. Since I have been at Columbia CI I have experienced the worst physical abuse ever even worst then when I was beat up by officers at Charlotte CI in 2021 DEC 23 and my wrist was fractured and my 4 fingers in my left hand completely broken. Mentally I am also suffering because mental health blames it on my severe depression and anxiety but they dnt help me with the actual events that have happened and currently still happening CAPT CAMACHO is always throwing in my face how he is getting my grievance's and mail and is throwing it away which truthfully yes, it does make my mental health worst I cant sleep at night Im currently having bad nightmares and feeling like somebody's gonna kill me because cops are always killing people in prison and getting away smoothly, CAPT CAMACHO has made me feel like Im next because he is stopping my efforts to get help and heard from what happened to me, I have been told by medical that my arm mostly likely doesnt work because I have torn/damage ligament and/or muscle tendons, but they wont send me for a MRI medical does the bare minimum in efforts to keep things quiet, I have approved grievance on all subjects I just wanna to make it home to my son and mother in one piece and alive but I feel like Imma get killed by how much Im getting beat up by officers and how easy it is for them to get away with it just because Im a inmate and they are. What CAPT CAMACHO is doing to us inmates at Columbia CI is illegal and wrong and dangerous, We are getting beat up abuse by this guy and his co-workers that support what he does. But Im not keeping my mouth close. I know Im going to get beat up again once again once he finds out Im filling a law suit but enough is enough, Im tired of getting abused by CAPT CAMACHO and suffering from pain and mentally. Im a S4 and I take phycotropic medication and they dnt even work anymore. Im constantly having dreams and nightmares about how bad I was beat up July 4 and Im losing and have lost so much weight from being starved and stressing. Im in fear of my life.

_____

_____

**IV. Jury Demand**

Are you demanding a jury trial?   ☒ Yes   ___ No

Signed this ___4___ day of __SEPT__, 20_24_

_____  #M74399
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on: _4 SEPT 2024_

_____
Signature of Plaintiff

Reinaldo Glover #M74399
Colombia Correctional Institute
216 SE Corrections Way
Lake City, FL 32025

MAILED FROM
COLUMBIA
CORRECTIONAL
INSTITUTION



US POSTAGE ™ PITNEY BOWES
ZIP 32025    $ 001.53
02 4W
0000379442 OCT. 11. 2024

CLERK's OFFICE UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF FLORIDA
400 North Miami Avenue, 8N09
Miami, FL 33128-7716

REC'D BY _____ D.C.
OCT 23 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

LEGAL MAIL PROVIDED TO
COLUMBIA CORRECTIONAL INSTITUTION
ON 10/11/24 (DATE) FOR MAILING
STAFF INITIAL SW   K.G.   I/M INITIAL