UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

REINALDO GLOVER,

        Plaintiff,

v.                                                 Case No. 3:24-cv-1107-BJD-SJH

RICKY DIXON, Secretary of the
Florida Department of Corrections, and
C. CAMACHO,

        Defendants.
_____

## ORDER TO SHOW CAUSE

Plaintiff was previously directed to respond to Defendants' Motion to Dismiss (Doc. 23) by September 5, 2025. *See* Order (Doc. 24); *see also* Order regarding service of process (Doc. 14). As of the date of this Order, Plaintiff has failed to file a response or request additional time within which to do so. Accordingly, it is

**ORDERED:**

1. By **October 20, 2025**, Plaintiff shall **SHOW CAUSE** why the case should not be dismissed for his failure to comply with the Court's Order (Doc. 24), or otherwise prosecute the case, pursuant to Rule 3.10, Local Rules of the United States District Court for the Middle District of Florida.

2. Also by **October 20, 2025**, Plaintiff must file a response to Defendants' Motion to Dismiss (Doc. 23).

3.  Plaintiff's failure to timely comply with this Order to Show Cause may result in the dismissal of this case without further notice. If Plaintiff no longer wishes to proceed with his claims, he may file a notice of voluntary dismissal.[1]

**DONE AND ORDERED** at Jacksonville, Florida, this 19th day of September, 2025.

Samuel J. Horovitz
United States Magistrate Judge

caw 9/19
c:
Reinaldo Glover, #M74399
Counsel of Record

---

[1] In making his decision, he should consider the statute of limitations.