UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

REINALDO GLOVER,

Plaintiff,

vs.

RICKY DIXON, Secretary of Florida Department of Corrections; and C. CAMACHO,

Defendants.

Case No. 3:24-cv-1107-BJD-SJH

**NOTICE OF PROPOSAL BY COUNSEL TO APPEAR FOR A LIMITED PURPOSE PURSUANT TO THE MIDDLE DISTRICT OF FLORIDA PLAN FOR PRO BONO REPRESENTATION BY APPOINTMENT IN CIVIL CASES TO ASSIST WITH REVIEW OF DISCOVERY IN PREPARATION FOR PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS**

NOTICE IS HEREBY GIVEN that Undersigned Counsel, pursuant to the *Middle District of Florida Plan for Pro Bono Representation by Appointment in Civil Cases*, at II-C (Exhibit 1), is available for appointment for a limited purpose to review with the Plaintiff the video recordings filed as exhibits in Defendants' Motion to Dismiss in light of applicable law and to provide advice in Plaintiff's response to the Defendants' Motion and to the Court's Order to Show Cause.

For this limited appearance, undersigned counsel would charge no fee and seek no compensation for costs incurred, if any. Plaintiff has reached out to undersigned counsel for assistance and although it may not be possible to offer assistance through trial, this stage of the proceedings represent a challenge that may be beyond the capacity of a *pro se* plaintiff to respond meaningfully. Plaintiff's family

member reports that he has just been attacked and injured by another inmate and undersigned counsel asks to be allowed to respond in his stead.

By this Proposal, undersigned counsel would seek to review the video exhibits with Plaintiff Glover by remote video link and assist Plaintiff in responding to the Motion to Dismiss based on current law through the disposition of the Motion. If it please the Court, undersigned counsel would also be willing to assist Glover in limited further discovery and would then propose to withdraw.

Plaintiff has sought to alert Defendants' attorney to this offer late in the day and has sent an e-mail as well as a voice mail message.

Respectfully Submitted, *_/s/ James V. Cook_*__________

JAMES V. COOK (FBN 0966843)
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
(850) 222-8080; 561-0836 fax
cookjv@gmail.com
*Attorney for Plaintiff*

I CERTIFY the foregoing was filed electronically on 10/20/2025, serving counsel of record registered to be notified by the CM/ECF electronic filing system.

*/s/James V. Cook*___________