UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

REINALDO GLOVER,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Case No. 3:24-cv-1107-BJD-SJH

RICKY DIXON and C. CAMACHO,

    Defendants.
_____

## ORDER

The parties' Joint Motion for Confidentiality Orders (Doc. 33) is **GRANTED** to the extent the Court will enter separately the proposed Protective Order (Doc. 33-1) and HIPAA-Qualified Protective Order (Doc. 33-2), with some modifications.

**DONE AND ORDERED** at Jacksonville, Florida, this 17th day of December, 2025.

_____
Samuel J. Horovitz
United States Magistrate Judge

JAX-11 12/16
c:
Counsel of Record