## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

REINALDO GLOVER
DC#: M74399

      Plaintiff,

v.                          CASE NO.: 3:24-CV-1107-BJD-SJH

CAPT. CHRISTOPHER CAMACHO,
CAPT. MARIA BANKS, SGT. RALYNNE
FISHER, and SGT. JAMIE GUESS, individually,

      Defendants.
_____/

## TABLE OF CONTENTS
## OF EXHIBITS TO MTD

      In accordance with the Courts Order dated March 10, 2025, *Doc 14.* Counsel for Defendants submits this table of contents (referencing the videos that will be filed under seal. All videos are the complete unaltered videos. All exhibits show the inside of a correctional institution and as such are filed under under seal and a copy will be provided to the Clerk.

Video Evidence......................................................................................Exh 1

A 20240704101940

B 00030

C 00031

D00032

E 20240704140204

Respectfully submitted,

**JAMES UTHMEIER
ATTORNEY GENERAL**

/s/ Broderick Taylor
Broderick L. Taylor, Esq.
Senior Assistant Attorney
Florida Bar No.: 0648574
Office of the Attorney General
1300 Riverplace Blvd. Ste. 405
Jacksonville, FL 32207
Tel.: 904-456-6471
Broderick.Taylor@myfloridalegal.com
Attorney for Defendants

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been e-filed with the Clerk of the Court using the CM/ECF Court Filing System a true copy will be sent by mail to the e-mail to the attorney for plaintiff, James V. Cook, 314 W. Jefferson, street, Tallahassee, Florida 32301, cookjv@gmail.com, this 20th day of February 2026..

/s/Broderick Taylor
Broderick Taylor, Esq.